**EPSTEIN, BECKER & GREEN, P.C.**
Two Gateway Center, 12th Floor
Newark, New Jersey 07102-5003
(973) 642-1900
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MY WAY PRODUCTIONS 2, LTD, individually and as a member of Z & M MEDIA, LLC and HIP HOP GLOBAL MEDIA, LLC<br><br>Plaintiff,<br><br>vs.<br><br>Z & M MEDIA, LLC; HIP HOP GLOBAL MEDIA, LLC; RAYMOND SCOTT; and DAVID MAYS,<br><br>Defendants. | CIVIL ACTION<br>FILE NO. _____<br><br><br>CORPORATE DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1 |

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, My Way Productions 2, LTD, hereby discloses the following corporate information:

My Way Productions 2, LTD is a privately-held corporation organized and existing under the laws of the Turks and Caicos Islands. There are no publicly held corporations that own 10% or more of My Way Productions 2, LTD stock.

                                        EPSTEIN BECKER & GREEN, P.C.
                                        Attorneys for Plaintiff

                                        By:_____
                                               JANA L. TAYLOR
                                               For the Firm

Dated:

NE:3017087v1