

SHOP DRJAYS.COM   SHOP MEN   SHOP WOMEN   SHOP BOYS   SHOP GIRLS
HOME | STYLE | SOCIETY | SOUNDS | SCREEN | SNEAKERS | SILLY | SPORTS

Submit Query

Follow DrJays.com on Twitter   Follow DrJays.com on Facebook   Follow DrJays.com on MySpace   Follow DrJays.com on YouTube   Subscribe

Home » Society, Sounds

## Monsta magazine makes its debut

Submitted by Boss Lady on January 28, 2008 -- 12:07 pm   18 Comments
Share

0 tweets

tweet



This is the debut cover of *Monsta* magazine, a new hip-hop publication from the co-creators of the *The Source*, **Dave Mays** and **Ray "Benzino" Scott**.

How do you think the cover measures up, considering it's the first issue and the urban music magazine market continues to lose strength?

Image: MahoganyGirl.com

Popularity: 7%

**Bookmark to:**



### 18 Comments »

- *Will973* says: