```
             UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY

-----------------------------X
MY WAY PRODUCTIONS, 2, LTD.,
et al
        Plaintiffs,        Civil Action No. 09-1643WJM

v.
                            ORDER OF DISMISSAL
Z & M MEDIA, LLC., et al

        Defendants.
-----------------------------X
```

The parties having notified the Court that the above action has been settled,

It is on this 5th day of February, 2010

ORDERED that the above matter is dismissed.


                              s/William J. Martini

                              _____

                              WILLIAM J. MARTINI, U.S.D.J.